# Law Offices of Scott H. Bernstein LLC

101 Eisenhower Parkway, Suite #300
Roseland, New Jersey 07068

TEL: (862) 245-2667
https://www.scottbernsteinlaw.com

Please Reply to New Jersey Office

New York Office
307 Seventh Avenue, Suite #1001
New York, New York 10001

H. Bernstein
ernsteinlaw.com
NJ, NY, CT & MA

<u>Via ECF Only</u>
The Honorable Philip M. Halpern,
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Application for an adjournment of the pre-motion conference granted; however, the Court's schedule cannot accommodate counsel's proposed dates. The pre-motion conference is adjourned from August 23, 2022 to October 3, 2022 at 2:30 p.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        August 16, 2022

Re: *TH Remodeling & Renovations Inc. et al. v. American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc*, Case No. 22-cv-05773-PMH (the "Action")

Dear Judge Halpern:

      I represent defendant American Builders and Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc. ("<u>ABC Supply</u>") in the Action. I write Your Honor, pursuant to Rule 1.C of Your Honor's Rules, to request an adjournment of the pre-motion conference on ABC Supply's anticipated motion to dismiss the *First Amended Complaint* (the "<u>Complaint</u>") filed by plaintiffs TH Remodeling & Renovations Inc., TH Remodeling Inc., 42 Windsor Highway, LLC, and Thomas Hazard. The pre-motion conference is currently scheduled for Tuesday, August 23, 2022 at 10:00 a.m. [Docket No. 6].

      The reason for this request is that my brother and I will be visiting with our farther, who resides in a memory care facility in Florida, on Tuesday, August 23, 2022. This is ABC Supply's first request for an adjournment of the pre-motion conference. Plaintiffs' counsel consents to this adjournment request. We are collectively available to attend a telephonic pre-motion conference during the mornings of the week starting Monday, September 5, 2022 (except Monday, September 5) and the mornings of the week starting Monday, September 12, 2022 (except Wednesday, September 14).

Law Offices of Scott H. Bernstein LLC

Case 7:22-cv-05773-PMH Document 8 Filed 08/16/22 Page 2 of 2
Case 7:22-cv-05773-PMH Document 7 Filed in NYSD on 08/15/2022 Page 2 of 2

Honorable Philip M. Halpern, U.S.D.J.
*TH Remodeling & Renovations Inc. et al v. American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc.*
Page: 2 of 2

      I thank the Your Honor in advance for your attention and consideration of this matter.

      Very truly yours,

      ***/s/ Scott H. Bernstein***

      Scott H. Bernstein

cc:    Neal Frishberg, Esq.
       Diana Goodwin, Esq.