UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TH REMODELING INC., at al.,

                Plaintiffs,

v.

AMERICAN BUILDERS & CONTRACTORS
SUPPLY CO., INC.,

                Defendant.
-----------------------------------------------------------X

**ORDER**

No. 22-CV-05773 (PMH)

      Counsel for all parties appeared by telephone for the oral ruling on Defendant's motion to dismiss (Doc. 15). For the reasons indicated on the record and law cited therein, because the Court lacks subject matter jurisdiction over this action pursuant to the *Rooker-Feldman* doctrine, the Court must remand this action to the to the Supreme Court of the State of New York, County of Orange, and does not reach the merits of the motion to dismiss. See transcript.

      Accordingly, this action is REMANDED to the Supreme Court of the State of New York, County of Orange. The Clerk of the Court is respectfully directed to send a copy of this Order to the Supreme Court of the State of New York, County of Orange, and to close this action. All pending matters are hereby terminated.

SO ORDERED:

Dated: White Plains, New York
       July 12, 2023

                                                _____
                                                Philip M. Halpern
                                                United States District Judge